**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02953-CNS

RAFAELA GONZALEZ FRUTOS,

     Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,

     Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on August 13, 2026, [ECF No. 11] and July 15, 2026, [ECF No. 9], it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 13th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By:   s/   J. Dynes

J. Dynes, Deputy Clerk